**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| SENATOR MARSHA BLACKBURN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:26-cv-1398 |
| | ) | Judge Trauger |
| JOHN L. SMITH, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge