**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SENATOR MARSHA BLACKBURN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:26-cv-01398** |
| | ) | |
| **JOHN L. SMITH, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

All District Judges of the Middle District of Tennessee have recused in this matter. As such, a District Judge from outside the District will be designated by the Sixth Circuit Court of Appeals. When the designation is made, the case will be reassigned.

IT IS SO ORDERED.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE