**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SENATOR MARSHA BLACKBURN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:26-cv-01398** |
| | ) | |
| **JOHN L. SMITH, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF JUDGE ASSIGNMENT

All District Judges of the Middle District of Tennessee have recused in this matter. Chief Judge Raymond M. Kethledge of the Sixth Circuit Court of Appeals has designated United States District Judge Douglas R. Cole to preside over the case.

Accordingly, the case is hereby reassigned to Judge Cole.

VICKI R. KINKADE, CLERK OF COURT