IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| SENATOR MARSHA BLACKBURN<br>*Plaintiff*,<br>v.<br>JOHN L. SMITH, in his personal capacity,<br>*Defendant*,<br>and<br>THE UNITED STATES DEPARTMENT OF JUSTICE,<br>*Relief Defendant*. | No. 3:26-cv-01398-DRC<br>Hon. Douglas R. Cole |

**DECLARATION OF JOHN L. SMITH IN SUPPORT OF**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, John L. Smith, hereby declare and state as follows:

1. I am a Defendant in this action. I submit this declaration in support of my Motion to Dismiss insofar as it concerns this Court's lack of personal jurisdiction over me. This declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

**My Current Primary Residence**

2. My primary address is not in the State of Tennessee, and I do not reside in, or intend to primarily live and work in, Tennessee. The same was true on September 30, 2026, the date on which this action was filed.

3. Since May 2023, I have resided in, and maintained my primary address in, the State of Maryland, where I intend to primarily live.

<u>My Service and Residence History</u>

4. I previously served as First Assistant United States Attorney and as Acting United States Attorney for the Middle District of Tennessee. My service in that office ended in approximately September 2017.

5. Between approximately October 2016 and September 2018, I resided in, and maintained my primary address at, residential real property located in Tennessee (the "Tennessee Property"). In approximately September 2018—more than eight years before this action was filed—the Tennessee Property became a rental property and ceased being my residence and primary address.

6. In August 2018, I received a U.S. State Department appointment in the U.S. Foreign Service and took new employment as the Specialist Prosecutor at the Kosovo Specialist Prosecutor's Office, located in The Hague, the Netherlands. My service in that office ended in November 2022.

7. Between September 2018 and December 2022, I resided in housing provided by the U.S. Embassy and located in The Hague, the Netherlands.

8. On November 18, 2022, I was appointed as Special Counsel by the Attorney General of the United States. My service in that office ended on January 10, 2025.

9. Between January and May 2023, I resided in a rental property located in the District of Columbia.

10. I sold the Tennessee Property in a sale that settled on July 11, 2023—more than three years before this action was filed.

11. I have not resided in Tennessee since September 2018. And since the sale of the Tennessee Property in July 2023, I have not owned, leased, or otherwise held any interest in real property in Tennessee.

## My Lack of Tennessee Contacts Related to the Challenged Conduct

12. As relevant to this case, the Special Counsel's Office's investigation was conducted from the District of Columbia.

13. The grand jury subpoena for Plaintiff's toll records is dated May 25, 2023, and issued from a grand jury sitting in the District of Columbia (Grand Jury No. 22-7, Subpoena No. GJ20230524-E0361). The subpoena was directed to the New Jersey offices of Verizon, a telecommunications provider headquartered in New York and incorporated in Delaware. A true and correct copy of the subpoena and attachment, and of the accompanying nondisclosure order issued by the Chief Judge of the United States District Court for the District of Columbia, as publicly released, is attached as Exhibit A. A true and correct copy of Verizon's Form 10-K, as publicly released, is attached as Exhibit B.

14. In connection with the subpoena and the nondisclosure order at issue in this case, I did not travel to Tennessee.

15. Since January 10, 2025, I have held no federal office and have not conducted business in Tennessee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2026, in Washington, District of Columbia.

John L. Smith