**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **SENATOR MARSHA BLACKBURN,**<br><br>*Plaintiff,*<br><br>v.<br><br>**JOHN L. SMITH,** *in his personal capacity,*<br><br>*Defendant,*<br><br>and<br><br>**THE UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>*Relief Defendant.* | No. 3:26-cv-01398<br><br>Hon. Douglas R. Cole |

**PLAINTIFF SENATOR BLACKBURN'S EXPEDITED MOTION AND MEMORANDUM OF LAW TO STAY, OR IN THE ALTERNATIVE TO EXTEND THE TIME TO RESPOND TO, DEFENDANT SMITH'S MOTION TO DISMISS**

Plaintiff Senator Marsha Blackburn ("Senator Blackburn" or "Plaintiff") respectfully moves this Court to stay Defendant John L. Smith's Motion to Dismiss (ECF No. 26) pending Senator Blackburn's planned motion for limited jurisdictional discovery, which Senator Blackburn intends to file early next week. In the alternative, Plaintiff seeks an extension of time to respond to Defendant Smith's motion to dismiss until December 16, 2026. Finally, Senator Blackburn seeks an expedited ruling on this motion, in light of the current deadline for her to respond to Defendant Smith's motion, which is December 3, 2026. Senator Blackburn details the reasons for this motion in the accompanying memorandum in support. Defendant Smith opposes the Motion to Stay, but does not oppose the Motion to Extend the time to Respond, provided that Defendant

Smith be given until January 5, 2027, to file his Reply Brief. DOJ does not oppose the Motion to Stay.

DATED: November 20, 2026
/s/ *Margot Cleveland*

Margot Cleveland (admitted pro hac vice)
Of Counsel
Margot.Cleveland@ncla.legal
Laura Margaret Harker
(Tennessee Bar Applicant practicing pending admission pursuant to Tenn. Sup. Ct. R. 7, § 10.07
Virginia Bar No. 82188)
Caitlin M. Moyna (admitted pro hac vice)
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Dr., Suite 300
Arlington, VA 22203
Telephone: (202) 869-5210

Brandon J. Smith, BPR No. 037272
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
1600 West End Ave., Suite 450
Nashville, Tennessee 37203
Telephone: (615) 647-8528
bsmith@holtzmanvogel.com

*Counsel for Senator Marsha Blackburn*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **SENATOR MARSHA BLACKBURN,**<br><br>*Plaintiff,*<br><br>v.<br><br>**JOHN L. SMITH,** *in his personal capacity,*<br><br>*Defendant,*<br><br>and<br><br>**THE UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>*Relief Defendant.* | No. 3:26-cv-01398<br><br>Hon. Douglas R. Cole |

**PLAINTIFF SENATOR BLACKBURN'S MEMORANDUM IN SUPPORT OF EXPEDITED MOTION TO STAY, OR IN THE ALTERNATIVE TO EXTEND THE TIME TO RESPOND TO, DEFENDANT SMITH'S MOTION TO DISMISS**

## I. THE COURT SHOULD STAY BRIEFING ON DEFENDANT SMITH'S MOTION TO DISMISS PENDING PLAINTIFF'S MOTION FOR LIMITED JURISDICTIONAL DISCOVERY

Senator Blackburn filed her Complaint in this action on September 30, 2026. (ECF No. 1). Defendant Smith waived service on October 4, 2026 (ECF No. 9). On November 19, 2026, Defendant Smith filed the Motion to Dismiss. Senator Blackburn's response to the motion to dismiss is currently due on December 3, 2026. *See* Local Rule 7.01(a)(3) (requiring an opposition response to any motion to be filed no later than fourteen (14) days after service of the motion).

As part of his Motion to Dismiss, Defendant Smith asserted that the Court lacks personal jurisdiction over him in this matter (ECF No. 26 at 7-10), and submitted a declaration introducing facts in support of that argument, which are not found in the Complaint (ECF No. 26-1).

Senator Blackburn requires limited, targeted discovery to enable her to develop facts in support of personal jurisdiction over Defendant Smith, and to respond to his argument that this Court lacks such jurisdiction. The detailed grounds for such discovery will be set forth in a motion that she plans to file no later than November 24, 2026.

To summarize, the motion will seek to develop facts that were omitted from Defendant Smith's declaration. In particular, Defendant Smith did not include facts bearing on his domicile, which Senator Blackburn is entitled to know before she responds to his jurisdictional arguments. *See* Tenn. Code Ann. § 20-2-222(1) (2025) (general personal jurisdiction lies over a person who is "domiciled … in the state … as to any claim for relief"). Defendant Smith's declaration omits several facts bearing on his domicile, as will be outlined in detail in Senator Blackburn's motion for limited jurisdictional discovery, which will also include the proposed limited discovery requests.

This Court may grant limited discovery in support of personal jurisdiction pending a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2). *See Cooper v. Glen Oaks Healthcare LLC*, No. 22-5570, 2023 WL 165961, at *1 (6th Cir. Jan. 12, 2023) (noting that "a court abuses its discretion when it denies jurisdictional discovery arbitrarily") (citation omitted); *Oppenheimer Fund, Inc. v. Sanders*, 437 U.S. 340, 351 n.13 (1978) (jurisdictional discovery permitted "to ascertain the facts bearing on" jurisdiction).

Counsel for Defendant Smith has indicated they will oppose Senator Blackburn's forthcoming Motion for Jurisdictional Discovery. Defendant Smith's opposition to Senator Blackburn's motion for limited jurisdictional discovery will be due on or before December 8, 2026. Senator Blackburn will then reply on or before December 15, 2026. Discovery may uncover certain facts that Senator Blackburn will incorporate into her response to Defendant Smith's Motion to Dismiss. But the deadline for Senator Blackburn to respond to the Motion to Dismiss is currently December 3, 2026, well before she could possibly receive any discovery needed to respond to that motion on jurisdictional grounds, let alone incorporate such discovery into her response. Thus, a stay of Defendant Smith's Motion to Dismiss is warranted pending resolution of Senator Blackburn's planned motion for limited jurisdictional discovery. *See Hume v. Universal Music Grp., Inc.*, Case No. 3:24-cv-00746-AT (M.D. Tenn. Dec. 5, 2024) (ECF No. 24) (memorandum order deferring resolution of motion to dismiss for ninety (90) days pending completion of jurisdictional discovery).

## II. IN THE ALTERNATIVE, THE COURT SHOULD GRANT AN EXTENSION FOR BRIEFING

In the alternative, Plaintiff seeks an extension of time to respond to Defendant Smith's motion to dismiss until December 16, 2026. This alternative relief is unopposed by DOJ, and

unopposed by Defendant Smith, provided that he be given until January 5, 2027, to file his Reply Brief.

There are several reasons establishing good cause to alter the briefing schedule from the default local rules.

First, the Department of Justice has also been named a Relief Defendant in this action. DOJ was served on October 5, 2026. (ECF No. 12). The deadline for DOJ to respond to the Complaint is December 4, 2026. Senator Blackburn should be entitled to take into consideration any motion or answer by DOJ before responding to Defendant Smith's Motion to Dismiss. If DOJ waits to file a motion or answer until December 4, 2026, then Senator Blackburn will require additional time to respond to both defendants' submissions beyond the current December 3, 2026, deadline to respond to Defendant Smith's Motion to Dismiss.

Second, Defendant Smith asked for an additional ten pages for his Motion to Dismiss, to which Senator Blackburn readily agreed. (ECF No. 22); *see also* Declaration of Caitlin M. Moyna in Support of Motion to Stay filed herewith ("Moyna Declaration"), ¶ 3. The 40% enlargement of the memorandum in support of Defendant Smith's Motion to Dismiss, and Plaintiff's response thereto, require additional time beyond the Local Rules' default response time of fourteen (14) days.

Third, Senator Blackburn's lead attorney is currently facing a severe family medical emergency, which requires a substantial amount of her time and attention. Moyna Declaration ¶ 4.

Fourth, members of Senator Blackburn's attorney and support staff team will be traveling for the upcoming Thanksgiving holiday, which will cut significantly into their time to prepare Senator Blackburn's response. Moyna Declaration ¶ 5.

Fifth, Senator Blackburn's response to Defendant Smith's motion to dismiss will require several layers of review, made more challenging by the aforementioned Thanksgiving holiday. Moyna Declaration ¶ 6.

Sixth, Defendant Smith waived service of the Complaint on October 4, 2026 (ECF No. 9), 46 days before he filed his motion to dismiss.

In light of the foregoing facts, counsel for Senator Blackburn and Defendant Smith met and conferred and agreed that should the Court deny Plaintiff's Motion to Stay, a reasonable briefing schedule, to account for these facts as well as the year-end holidays, is as follows: Senator Blackburn shall file her response to Defendant Smith's Motion to Dismiss by no later than December 16, 2026, and Defendant Smith shall file his reply brief by no later than January 5, 2027.

These facts establish that there is good cause for the Court to grant Senator Blackburn's alternative relief for a reasonable extension of time to respond to Defendant Smith's Motion to Dismiss.

## **CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests the following relief:

a. A stay of briefing on Defendant Smith's motion to dismiss pending resolution of Senator Blackburn's motion for limited jurisdictional discovery; OR IN THE ALTERNATIVE,

b. An order that Senator Blackburn's response to Defendant Smith's motion to dismiss be due on or before December 16, 2026, and Defendant Smith's reply brief be due on or before January 5, 2027.

November 20, 2026

Respectfully submitted,

/s/ *Margot Cleveland*
Margot Cleveland (admitted pro hac vice)
Of Counsel
Margot.Cleveland@ncla.legal
Laura Margaret Harker
(*Tennessee Bar Applicant practicing pending admission pursuant to Tenn. Sup. Ct. R. 7, § 10.07
*Virginia Bar No. 82188)
Caitlin M. Moyna (admitted pro hac vice)
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Dr., Suite 300
Arlington, VA 22203
Telephone: (202) 869-5210

*Counsel for Senator Marsha Blackburn*

Brandon J. Smith, BPR No. 037272
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
1600 West End Ave., Suite 450
Nashville, Tennessee 37203
Telephone: (615) 647-8528
bsmith@holtzmanvogel.com

*Local Counsel for Senator Marsha Blackburn*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.01(a)(1), undersigned counsel conferred with counsel for Defendants John L. Smith and the United States Department of Justice. Defendant Smith opposes the Motion to Stay, but does not oppose the Motion to Extend the time to Respond until December 16, 2026, so long as he be provided until January 5, 2027, to file a reply brief in support of the Motion to Dismiss. DOJ does not oppose any portion of this motion.

/s/ *Caitlin M. Moyna*
Caitlin M. Moyna

*Counsel for Senator Marsha Blackburn*

## CERTIFICATE OF SERVICE

I certify that on November 20, 2026, the foregoing Motion to Stay and Memorandum in Support was filed and served through the Court's CM/ECF system on all counsel of record, including:

Rascoe Dean
Christopher C. Sabis
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue
Suite 1750
Nashville, TN 37203
(615) 742-4200
rdean@srvhlaw.com
csabis@srvhlaw.com

Lanny A. Breuer (*pro hac vice*)
Peter Koski (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., NW
Washington, DC 20001-4956
(202) 662-6000
LBreuer@cov.com
PKoski@cov.com

*Counsel for Defendant John L. Smith*

Wynn Shuford
Assistant United States Attorney
United States Attorney's Office for the Middle District of Tennessee
719 Church St.
Suite 3300
Nashville, TN 37203
(615) 736-5151
wynn.shuford@usdoj.gov

*Counsel for Relief Defendant United States Department of Justice*

/s/ *Margot Cleveland*
Margot Cleveland

*Counsel for Senator Marsha Blackburn*